# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re:<br><br>CARMEN RENAE ENGDAHL-TAYLOR,<br><br>    Debtor. | Case No. 23-10782-M<br>Chapter 7 |
| CARMEN RENAE ENGDAHL-TAYLOR,<br><br>    Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF EDUCATION; NELNET; FIRSTMARK SERVICES; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-4; AND NAVIENT;<br><br>    Defendant(s).<br><br>And,<br><br>Educational Credit Management Corporation,<br><br>    Intervenor.<br><br>And<br><br>Nelnet Student Loan Grantor Trust 2021-C,<br><br>    Additional Defendant. | Adv. Proc. No. 23-01015-M |

## STIPULATION FOR DISCHARGE OF STUDENT LOAN

    Plaintiff, Carmen Renae Engdahl-Taylor ("Debtor"), and Defendant, Nelnet Student Loan Grantor Trust 2021-C ("NSLT 2021-C"), stipulate and agree as follows:

1. The Debtor filed with this Court her voluntary petition for relief under chapter 7 of the United States Bankruptcy Code on July 14, 2023.

2. The Debtor commenced this adversary proceeding on October 6, 2023.

3. This Court has jurisdiction over this core proceeding pursuant to 28 U.S.C. §§1334 and 157(b)(2)(I)

4. The Debtor is indebted to NSLT 2021-C for an educational loan, with Loan Number XXX8476, disbursed on May 19th, 2008, having a principal balance of $13,273.86, with accrued interest of $3,095.26, as of February 7th, 2025 (the "Student Loan").

5. The Debtor and NSLT 2021-C agree to the discharge of the Student Loan.

Dated this 24th day of February, 2025.

Respectfully submitted,

| | |
|---|---|
| */s/ Sidney K. Swinson* | */s/ Ron D. Brown* |
| Sidney K. Swinson, OBA #8804 | Ron D. Brown, OBA #16352 |
| GableGotwals | Brown Law Firm PC |
| 110 N. Elgin Ave. | 1609 E. 4th Street |
| Tulsa, OK 74120 | Tulsa, OK 74120 |
| (918) 595-4800 | (918)585-9500 |
| (918) 595-4990 (fax) | (866) 552-4874 (fax) |
| sswinson@gablelaw.com | ron@ronbrownlaw.com |
| | |
| *Attorney for Defendant,* | *Attorney for Plaintiff,* |
| *NSLT 2021-C* | *Carmen Renae Engdahl-Taylor* |